```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TEXAS/WACO DIVISION

IN RE: ANQUENETTA SHONTRELL DUNNER                         CASE No.
       4303 DUGGER ST.
                                                           04-62548 LK
       WACO TX                      76705-0000

                         FINAL REPORT AND ACCOUNT
                                                        SS#1 - XXX-XX-6528
                                                        SS#2 - XXX-XX-0000

This Case was          The Plan was              The Case was
commenced on  Nov 15, 2004  confirmed on         concluded on Mar 28, 2005

THIS CASE IS DISMISSED BEFORE CONFIRMATION              .
      Your trustee has maintained a detailed record  of  all  receipts, including
the source or other identification of each receipt  and  of  all  disbursements.
Copies of these detailed records have been filed with the Court, or are attached
hereto, and are incorporated by reference in this report.


RECEIPTS: Amount paid to the Trustee by or for the Debtor for  the  benefit of
          creditors.                                              $       .00
```

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SVCS I | SECURED | 24540.15 | .00 | .00 | 24540.15 |
| AMERICREDIT FINANCIAL SVCS I | NOT FILED | .00 | .00 | .00 | .00 |
| ARROW FINANCIAL SERVICE | NOT FILED | .00 | .00 | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 1974.50 | .00 | .00 | 1974.50 |
| BEALLS | NOT FILED | .00 | .00 | .00 | .00 |
| BEALLS RECOVERY DEPT | NOT FILED | .00 | .00 | .00 | .00 |
| BECKET & LEE LLP | NOT FILED | .00 | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 964.82 | .00 | .00 | 964.82 |
| DIAMOND SHAMROCK CORPORATION | NOT FILED | .00 | .00 | .00 | .00 |
| DISCOUNT FLOORS | NOT FILED | .00 | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | 1077.17 | .00 | .00 | 1077.17 |
| FHA FARMERS HOME ADMINISTRAT | NOT FILED | .00 | .00 | .00 | .00 |
| FOLEYS | UNSECURED | 558.07 | .00 | .00 | 558.07 |
| GARY WILLIAM CUNHA | NOT FILED | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 7969.77 | .00 | .00 | .00 |
| LINEBARGER HEARD GOGGAN BLAI | NOT FILED | .00 | .00 | .00 | .00 |
| MCCREARY VESELKA BRAGG ALLEN | NOT FILED | .00 | .00 | .00 | .00 |
| MCLENNAN COUNTY TAX ASSESSOR | SECURED | 773.99 | .00 | .00 | 773.99 |
| MCREYNOLDS LAW FIRM | NOT FILED | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 875.58 | .00 | .00 | 875.58 |
| SOUTHWESTERN BELL | UNSECURED | 1529.44 | .00 | .00 | 1529.44 |
| STATE FARM MUTUAL AUTOMOBILE | UNSECURED | 3408.06 | .00 | .00 | 3408.06 |
| SYNERGY MORTGAGE | NOT FILED | .00 | .00 | .00 | .00 |
| WALT FAIR | NOT FILED | .00 | .00 | .00 | .00 |

```
IN RE: ANQUENETTA SHONTRELL DUNNER                          CASE No.04-62548 LK


SUMMARY OF CLAIMS ALLOWED AND PAID
-------------------------------------------------------------------------------
          SECURED    PRIORITY    GENERAL      LATE     SPECIAL    TOTAL
-------------------------------------------------------------------TOTAL PAID
AMT ALL.  25314.14   7969.77    10387.64                 .00    45671.55 PRINCIPAL
PRIN PD       .00        .00        .00                  .00         .00 AND INT.
INT PAID      .00        .00        .00                              .00      .00
-------------------------------------------------------------------------------
OTHER DISBURSEMENTS UNDER ORDER OF COURT:
             DEBTOR'S ATTORNEY                 FEE ALLOWED    FEE PAID
JAMES C HERRING & ASSOCIATES                      2000.00         .00
-------------------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

FILING FEE     ADDITIONAL CHARGES               TRUSTEE           OTHER
              ----------------------        -------------------
& DEPOSIT      1% OF     .25 EA CLAIM       EXP. & COMPENSATION   COST
              RECEIPTS   OVER 20                  FUND
----------    --------   ------------       -------------------  ---------
    .00                                         .00/       .00       .00      .00
```

       WHEREFORE, your Petitioner prays that a Final Decree be entered discharging
your Petitioner as Trustee and releasing your Petitioner and the Trustee's sure-
ty from any and all liability on account of the within proceedings, and  closing
the estate, and for such other and further relief as is just.

                                        /s/ Ray Hendren
                                        _____
                                        RAY HENDREN CH13 TRUSTEE
                                        101 E 9TH STREET
                                        SUITE 1200
                                        AUSTIN TX                    78701-2402
CC: US TRUSTEE
    903 SAN JACINTO STE 230

    AUSTIN TX                    78701-0000